| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **TRENK, DiPASQUALE,<br> DELLA FERA & SODONO, P.C.**<br>347 Mt. Pleasant Avenue, Suite 300<br>West Orange, NJ  07052<br>(973) 243-8600<br>Thomas M. Walsh, Esq.<br>Special Counsel for Plaintiffs Dots, LLC, *et al*. | |
| In re:<br><br>DOTS, LLC, *et al.,*<br><br>                    Debtor. | Chapter 11<br><br>Case No.: 14-11016 (MBK)<br><br>(Jointly Administered) |
| DOTS, LLC, *et al.*,<br><br>                    Plaintiffs,<br>v.<br><br>DEVITO VERDI, INC.,<br><br>                    Defendant. | Adv. Pro. No. 14-01860 (MBK) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

DOTS, LLC, IPC/DOTS, LLC, and Dots Gift, LLC, jointly consolidated Chapter 11 debtors-in-possession and plaintiffs in the above-referenced matter, captioned *DOTS, LLC, et al. v. DeVito Verdi, Inc.*, Adv. Pro. No. 14-01860 (MBK) (the "Adversary Proceeding"), hereby respectfully requests that the Adversary Proceeding be dismissed with prejudice.

> **TRENK, DiPASQUALE,<br>DELLA FERA & SODONO, P.C.**
> *Special Counsel for Plaintiffs, DOTS, LLC,<br>IPC/DOTS, LLC and Dots Gift, LLC*
>
>
> By:     */s/ Thomas M. Walsh*
>              THOMAS M. WALSH

Dated:  April 29, 2015

4821-4581-4307, v.  1